```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SARAH E. BALKISSOON (CABN 327066)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6474
    FAX: (415) 436-7234
    sarah.balkissoon@usdoj.gov
```

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC M. KLUMP,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA<br><br>    Defendant. | Case No. 3:24-cv-06042-TSH<br><br>**STIPULATION REGARDING CASE SCHEDULE;**<br>**[~~PROPOSED~~] ORDER**<br><br>**\*\*AS MODIFIED BY THE COURT** |

On October 17, 2025, the Court granted the Defendant's motion to stay this case pending the lapse in appropriations funding the Department of Justice and other executive agencies. Dkt. No. 35. The lapse in appropriations has ended. Subject to the Court's approval, the parties stipulate as follows:

1. The stay should be lifted.
2. The case schedule should be adjusted as follows:

| **Deadline** | **Old Date** | **New Date** |
|---|---|---|
| Close of fact discovery | 11/27/25 | 01/26/26 |
| Disclosure of expert witnesses | 12/23/25 | 02/21/26 |
| Settlement conference statement | 12/26/25 | 02/24/26 |
| Settlement conference | 01/09/26 at 1:00 pm | 03/10/26 at 1:00 pm |
| Disclosure of expert rebuttal reports | 01/29/26 | 03/30/26 |

| Close of expert discovery | 03/31/26 | 04/30/26 |

IT IS SO STIPULATED.

DATED: November 25, 2025    Respectfully submitted[1],

                                            CRAIG H. MISSAKIAN
                                           United States Attorney

                                           */s/ Sarah E. Balkissoon*
                                           SARAH E. BALKISSOON
                                           Assistant United States Attorney

                                           Attorneys for Defendant

DATED: November 25, 2025    */s/ Eric M. Klump*
                                           ERIC M. KLUMP

                                           Plaintiff, Pro Se

---

[1] In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED THAT:

1. The stay is LIFTED.

2. The case schedule is adjusted as follows:

| Deadline | Old Date | New Date |
|---|---|---|
| Close of fact discovery | 11/27/25 | 01/26/26 |
| Disclosure of expert witnesses | 12/23/25 | ~~02/21/26~~ 2/20/26 |
| ~~Settlement conference statement~~ | ~~12/26/25~~ | ~~02/24/26~~ |
| ~~Settlement conference~~ | ~~01/09/26 at 1:00 pm~~ | ~~03/10/26 at 1:00 pm~~ |
| Disclosure of expert rebuttal reports | 01/29/26 | 03/30/26 |
| Close of expert discovery | 03/31/26 | 04/30/26 |

The parties must separately make any request concerning the settlement conference to Judge Kang.

IT IS SO ORDERED.

DATED: November 25, 2025

_____
The Honorable Thomas S. Hixon

STIPULATION AND [~~PROPOSED~~] ORDER
3:24-CV-06042-TSH