UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC M. KLUMP,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 24-cv-06042-TSH<br>**DISCOVERY ORDER**<br>Re: Dkt. No. 63 |

Non-party Dr. Jae Kim has moved to quash, or in the alternative to modify, a subpoena for documents and testimony. The motion to quash is **DENIED** because Plaintiff's alternative methods of service are acceptable. The motion to modify is **GRANTED**. The document request is limited to January 1, 2021 to the present. The Court **ORDERS** Dr. Kim to produce non-privileged responsive documents in this time frame and to sit for a deposition no later than September 30, 2026.

**IT IS SO ORDERED.**

Dated: September 11, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California